AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:25-mj-188 |
| Isaiah E. Bennett<br>3069 Southwest Blvd.<br>Grove City, Ohio 43123 | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 2023-December 2024 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 | Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252, 2252A | Distribution/Receipt/Transportation/Possession of Child Pornography |
| 18 U.S.C. §§ 2242 | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See the attached Affidavit of HSI Special Agent Anna Edgar which is fully incorporated herein.

☑ Continued on the attached sheet.

ANNA S EDGAR
Digitally signed by ANNA S EDGAR
Date: 2025.04.03 15:56:39 -04'00'

*Complainant's signature*

Anna Edgar, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/3/2025

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, Ohio
Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*