UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **In the Matter of:** ) | |
| ) | **Case No.:** 2:25-mj-188 |
| **United States of America** ) | |
| v. ) | |
| **Isaiah E. BENNETT** ) | **Magistrate Judge** Vascura |
| **3069 Southwest Blvd.** | |
| **Grove City, Ohio 43123** ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Anna Edgar, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

### INTRODUCTION

1. Your affiant, assigned to the HSI Office of the Assistant Special Agent in Charge (ASAC) in Columbus, Ohio, makes this affidavit in support of a criminal complaint to arrest Isaiah E. BENNETT for violations of 18 U.S.C. §§ 2251, 2252 and 2252A - the sexual exploitation of a minor and distribution, receipt, and possession of child pornography as well as 18 U.S.C. §2422 – coercion and enticement of a minor. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable case. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Isaiah E. Bennett (BENNETT) committed the violation listed above.

2. Your affiant has been employed by HSI since January 2010. Your affiant gained experience through completion of the Federal Criminal Investigator Training Program (CITP) and completion of the Immigration and Customs Enforcement Special Agent Training (ICESAT) program. Your affiant's primary duties are and have been the investigation of violations of Titles 8, 18, 19, and 21 of the United States Code. Your affiant has received specialized training and has experience in the above areas. Your affiant has completed numerous applications for criminal complaints, summonses, and search warrants. Your affiant has been assigned to the Franklin County Internet Crimes Against Children (ICAC) Task Force since 2019, where she has conducted and assisted with investigations involving child exploitation and child sexual abuse.

### FACTS SUPPORTING PROBABLE CAUSE

3. The initiation of the investigation began when on or about October 4, 2024, law enforcement with the Columbus Division of Police (CPD) was assigned eight separate CyberTipline Reports from the National Center for Missing and Exploited Children (NCMEC). In general, various Electronic Service Providers (ESPS) such as Google, Discord, and Snapchat submitted reports to the NCMEC relating to the uploading, discussion, or possession of child exploitation material by various users

1

who all appeared to be the same target, now known as BENNETT. The following is a general summary of the CyberTipline reports that were generated by the NCMEC as reviewed by CPD and your affiant:

- CyberTipline Report #172990239: eight uploaded files on or about 9/1/2023- reported by Google.

- CyberTipline Report #73095930: one uploaded file on 9/2/2023- reported by Google.

- CyberTipline Report #176033033: one uploaded file on 10/10/2023- reported by Discord.

- CyberTipline Report #177828358: three uploaded files on 11/2/2023- reported by Discord.

- CyberTipline Report #181773879: two uploaded files on 12/6/2023- reported by Snapchat.

- CyberTipline Report #188401148: one uploaded file on 2/27/2023- reported by Discord.

- CyberTipline Report #199483316: six uploaded files on 8/6/2024- reported by Snapchat.

- CyberTipline Report #199671858: eleven uploaded files on 8/8/2024- reported by Snapchat. Two of the images related to this CyberTipline Report were not previously identified by the NCMEC database and the report noted that this upload appeared to contain images/videos that appeared unfamiliar and may depict newly produced and/or homemade content.

4. Upon receipt and review of the CyberTipline Reports, search warrants through Franklin County were obtained by CPD to view all the files associated with the CyberTipline Reports.  Law enforcement confirmed most of the files depicted child pornography or animated depictions of child pornography.  The two new images noted above from CyberTipline Report #199671858, reported by Snapchat, were also reviewed.  The first image, titled *a96a01c473627e07dff728f3d065a9fa.jpg*, depicted a female toddler laying on the edge of a bed with her dress pulled up over her chest area, exposing her vagina.  The hand and leg of another person can be at the bottom of the image in between the toddler's legs.  The second image, titled *2e22897c3d20a0cacbb6c40c17a12165.jpg*, depicted a zoomed in view of what appears to be the same toddler and her vagina.

5. Legal process was served to various internet service providers related to the CyberTipline Reports.  For example, on October 7, 2024, a subpoena was issued to Charter Communications for IP addresses 76.190.45.34, 76.34.91.83, and

2

76.181.161.96, which were listed in CyberTipline Report #199671858, #188401148, and #181773879 noted above. A review of the results obtained identified a service address of 2433 Royal Meadow Lane, Grove City, Ohio. J.W.[1] was listed as the subscriber on the account.

6. Law enforcement then searched law enforcement databases for the various identifiers contained within the CyberTipline Reports such as phone numbers, email addresses, and usernames. In doing so, detectives were able to match phone number (614) 354-0643 and the address of 2433 Royal Meadow Lane, Grove City, Ohio to Isaiah BENNETT. Criminal records revealed BENNETT was currently on probation in Franklin County, having been convicted of Disseminating Matter Harmful to Juveniles in violation of O.R.C. 2907.31 on or about May of 2024 in the state of Ohio.

7. Further conversation with BENNETT's probation officer confirmed his phone number to be (614) 354-0643, which was reported in six of the eight CyberTipline Reports noted above. The probation officer confirmed BENNETT's email address was kinghades772@gmail.com, which was reported in one CyberTipline Report and a variation of the email address was reported in another CyberTipline Report. The probation officer also confirmed BENNETT resided at 2433 Royal Meadow Lane, Grove City, Ohio with a family member, J.W., and advised he goes by the nickname "Ace", which was a name associated with four of the CyberTipline Reports.

8. Detectives spoke with the property manager of 2433 Royal Meadow Lane, Grove City, Ohio, who stated BENNETT and J.W. had previously resided at the residence but had been evicted several months prior. The property manager advised BENNETT and J.W. were now residing at 3069 Southwest Blvd, Grove City, Ohio. Law enforcement then spoke with the rental office manager of 3069 Southwest Blvd, Grove, City, Ohio and the manager confirmed BENNETT and J.W. were currently residing there in Apartment D.

9. On or about October 9, 2024, a Franklin County search warrant was executed at the Grove City apartment of BENNETT. One Motorola cell phone was seized from BENNETT's bedroom.

10. The following day, on or about October 10, 2024, J.W. drove BENNETT to his probation meeting in Columbus, Ohio. While there, law enforcement executed a Franklin County search warrant on J.W.'s vehicle for electronics that were associated to or utilized by BENNETT. One Samsung cell phone was seized which J.W. confirmed belonged to her but was utilized by BENNETT, whom she called "Ace." An on-scene preview of the the Samsung cell phone resulted in an email account associated with BENNETT on the device. The Samsung cell phone was then seized as evidence.

---

[1] The full name of the subscriber was listed in the returns but has been redacted for purposes of this complaint affidavit. J.W. is known to law enforcement as a family member of BENNETT.

11. On or about October 14, 2024, forensic examinations on the Motorola cell phone seized from 3069 Southwest Blvd and the Samsung cell phone seized from J.W's vehicle were initiated after search warrants for them were obtained. A contact for the name "Ace" with phone number (614) 354-0643 was saved on the Motorola cell phone. The following email and social media accounts, some of which were flagged in the CyberTipline Reports were found on the Samsung phone:

    | | |
    |---|---|
    | Gmail User Account: | Toxicboyfriend04@gmail.com |
    | Facebook: Name: | Hades Diabloo |
    | | Username: hadesdibloo |
    | | ID: 61554690612309 |
    | Instagram: Name: | King Hades |
    | | Username: king.hades772 |
    | | ID: 63899205851 |
    | Snapchat: Name: | Kamiku Arufa |
    | | Username: acediablo24 |
    | Discord: Name: | Itchigo Kurosaki \|\| BVFE |
    | | Username: king.hades0745 |

12. The Samsung cell phone contained messages for BENNETT to include appointment messages from his Probation Officer. The name "Ace Diablo" with phone number (614) 354-0643 was saved in the contact list on the phone. Furthermore, the email account Toxicboyfriend04@gmail.com contained several emails addressed to BENNETT. The cell phone also contained several images of BENNETT himself.

13. Further review of the Samsung phone revealed approximately 20 images of nude prepubescent females, including the two newly identified images that had been flagged in CyberTipLine Report #199671858. Additional images and videos of nude females, some engaged in sexual activity, were found on the device, but their ages could not be determined. In several social media chats, BENNETT admitted his obsession with child pornography and his fantasies about violent child rape. There was also evidence of BENNETT soliciting other social media users for child pornography. During one conversation on Snapchat, user "yourdadd3323" discussed raping and murdering a child with BENNETT and they both discuss trading child pornography.

14. Search warrants were obtained in Franklin County from Google for the following email accounts associated with the CyberTipLine Reports: Toxicboyfriend04@gmail.com, acediablo04@gmail.com, kinghades772@gmail.com, and isaiahbennett11@gmail.com. Review of the return results for the Google account "Toxicboyfriend04" contained approximately seven images of child pornography, to include the new images that had been flagged in CyberTipLine Report #199671858. The account also contained animated or AI generated images depicting young children engaged in sexual acts, violent rape, and bestiality. There was also evidence of BENNETT using a phone application to create images of a family member's head

transposed onto nude bodies[2]. The account also contained a screenshot of the definition of "MAP" or Minor Attracted Person, which means a person who has a sexual attraction to minors below the legal age of consent.

15. On or about October 17, 2024, a search warrant was obtained in Franklin County for the following Snapchat accounts: Woundedheart04, zayah888, and gothickitty5566. Data in the search warrant returns revealed account information such as phone number, date of birth, and email addresses linking BENNETT to the accounts. Furthermore, BENNETT, while utilizing the Snapchat account "Gothickitty5566", distributed "selfie" images of himself, images of his dog, and videos of himself masturbating to other Snapchat users. There are conversations between Gothickitty5566 and at least eight other Snapchat users where Gothickitty5566 sent, received, or requested child exploitation material and, to date, many of these users BENNETT was communicating with have been confirmed to be minors.

16. One such conversation that was noted by law enforcement was a chat between BENNETT, utilizing the Snapchat name "Gothickitty5566" and user "REDACTED[3]". "REDACTED" tells BENNETT that she is fifteen years old and, throughout the conversation, both users exchange nude images and engage in sexual activity that they film and distribute to one another. In addition, BENNETT learned that "REDACTED" had younger female siblings and, during the communications, images and videos of those young sisters depicted nude were distributed to BENNETT. During the course of the conversation, BENNETT requested "REDACTED" to get her sisters in the shower by suggesting to pay them a dollar and, in response, "REDACTED" distributed several videos of her prepubescent sisters undressing and taking a shower while fully nude. A voice can be heard in the background of the video directing the girls on what to do. Additionally, "REDACTED" also distributed to BENNETT two images of a female toddler laying on a bed with the focus of the images on the toddler's vagina. These images are identical to those newly created images that were flagged in CyberTipLine Report # 199671858.

17. Based upon the above information, your affiant submits that there is probable cause to believe that Isaiah E. BENNETT has committed offenses in violation of 18 U.S.C. §§ 2251, 2252 and 2252A - the sexual exploitation of a minor and distribution, receipt, and possession of child pornography as well as 18 U.S.C. §2422 – coercion and enticement of a minor. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

ANNA S EDGAR
Digitally signed by ANNA S EDGAR
Date: 2025.04.03 15:58:04 -04'00'

Anna Edgar
Special Agent
Homeland Security Investigations

SWORN AND SUBSCRIBED TO BEFORE ME THIS __3rd__ DAY of April, 2025.

---

[2] Of note is that the family member identified here is a minor and the same individual he disseminated material too as outlined above related to his prior conviction in Franklin County.
[3] The full name of the Snapchat user is the name of a minor that has been identified in this case and therefore, the username has been redacted to protect her identity.

_____
Chelsey M. Vascura
Magistrate Judge
U.S. District Court for the Southern District of Ohio